Decided December 17, 1991

---

PLANNING COMMISSION OF THE TOWN OF BROOKFIELD *v.* VENDOME REALTY, INC.

The defendant's petition for certification for appeal from the Appellate Court is denied.

*Marc-Andre Chiffert,* in support of the petition.

*John P. Sjovall,* in opposition.

Decided January 7, 1992

---

WILBER G. SMITH *v.* STATE BAR EXAMINING COMMITTEE ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court is denied.

*Wilber Smith,* pro se, in support of the petition.

*Carolyn K. Querijero,* assistant attorney general, in opposition.

Decided January 7, 1992